IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESLEY E. HOWELL,** : | | |
| Plaintiff, : | | |
| v. : | | CIVIL NO. 07-CV-3473 |
| : | | |
| **COMMISSIONER OF SOCIAL SECURITY** : | | |
| Defendants. : | | |

### ORDER

**AND NOW**, this 1st day of July, 2008, upon consideration of Magistrate Judge Perkin's Report and Recommendation [Doc. No. 19], Plaintiff's Motion for Summary Judgment [Doc. No. 15], Defendant's Response [Doc. No. 18], the briefs of the parties, and without any objection filed to the Report and Recommendation, it is hereby,

**ORDERED** that Magistrate Judge Perkin's Report and Recommendation is **APPROVED** and **ADOPTED**;

**ORDERED** that the relief sought by Plaintiff is **GRANTED** in part, in accordance with Magistrate Judge Perkin's Report and Recommendation;

**ORDERED** that the case is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405 (g), in accordance with the Report and Recommendation;

**ORDERED** that in all other respects, Plaintiff's Motion for Summary Judgment is **DENIED**.

The Clerk of Court is directed to **CLOSE** this case for statistical purposes.

It is so **ORDERED**.

**BY THE COURT:**
**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**